GEORGE S. GANS, Appellant, v. MARVIN G. CONNALLY, Individually, Respondent, and Others, Defendants.— Order in so far as appealed from affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

LOUIS J. HALL, Respondent, v. HARRY SIMON and MARY SIMON, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

EDWARD J. HOHL, Appellant, v. SAMUEL L. JOYNER, Respondent, and HELEN M. JOYNER, Defendant.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the convenience of witnesses and the ends of justice will not be promoted by changing the place of trial from Dutchess county, where the plaintiff and his witnesses reside, to Lewis county, where neither of the parties and but four of the witnesses reside. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

In the Matter of the Examination of DAVID KOPELOWITZ and FANNIE KOPELOWITZ, Pursuant to Sections 295 and 296 of the Civil Practice Act and Rules 122 and 123 of the Rules of Civil Practice. NESEL COAL & ICE Co., INC., Respondent; DAVID KOPELOWITZ, Appellant.— Order adjudging appellant in contempt and denying his motion for reargument modified by reducing the sum of $1,750, allowed for costs, expenses and damages, to the sum of $750, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

In the Matter of the Application of COUNTY OF WESTCHESTER by THE WESTCHESTER COUNTY SANITARY SEWER COMMISSION, Organized and Existing under and Pursuant to Chapter 603 of the Laws of 1926 of the State of New York, and the Acts Amendatory Thereof and Supplemental Thereto, Respondent, to Acquire Easements in and through Lands of MIRBEN HOLDING CORPORATION and Others, Defendants; PRISCILLA OAKE, Appellant.—Appeal from order of the Special Term, Westchester county, giving directions to commissioners of appraisal with respect to a rule of damages dismissed, without costs. The order is not appealable. (Condemnation Law, § 19.) The Special Term, however, was without power to make such an order. The commissioners of appraisal, however, can pursue a course that will avoid unnecessary rehearings so far as the award of damages with respect to temporary easements is concerned. They can receive the evidence on the two conflicting theories and make an award upon the theory which they accept as the sound one. In the event that their award is based upon the erroneous theory, a new award can be readily made upon the findings granted upon the other theory. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur..

LAWYERS TITLE AND GUARANTY COMPANY, Respondent, v. ADA CLAREN and Others, Defendants, Impleaded with SOL S. HAUBEN, Appellant.— Order reversed on the law, with ten dollars costs and disbursements, and motion for judgment on the pleadings denied, with ten dollars costs. Appellant's claim of subrogation as to taxes is a valid one, but not so as to interest. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.